FILED
2/24/2025
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT
KG

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>FAN ZHANG,<br>ZEHAUN WEI,<br>HUAJING YAN,<br>SHENGNAN JIANG,<br>SHIQIANG LIAN, and<br>YE CAO | Violations: Title 18, United States Code, Sections 1201(a)(1), 1201(c)<br><br>1:24-cr-00595<br>Judge Manish S. Shah<br>Magistrate Judge Jeffrey Cole<br>Category 4 Random assignment |

**COUNT ONE**

The SPECIAL NOVEMBER 2023 GRAND JURY charges:

1. Beginning no later than on or about October 27, 2024, and continuing through on or about January 20, 2025, at Chicago, in the Northern District of Illinois, Eastern Division,

FAN ZHANG,
ZEHAUN WEI,
HUAJING YAN,
SHENGNAN JIANG,
SHIQIANG LIAN, and
YE CAO,

defendants herein, did conspire with each other, and with others known and unknown to the Grand Jury, to knowingly and unlawfully seize, confine, kidnap, abduct, carry away, and hold for ransom and reward and otherwise, Victim A, B, C, and D, and to use means, facilities, and instrumentalities of interstate commerce in committing and in furtherance of the offense, in violation of Title 18, United States Code, Section 1201(a)(1).

2. It was part of the conspiracy that defendants identified potential victims whom they believed possessed large amounts of money in the form of cryptocurrency, had access to such assets, and had family members with access to such assets, which defendants could obtain by the use and threat of physical force after having seized, confined, and abducted those victims.

3. It was further part of the conspiracy that defendants obtained zip ties and tape in order to seize, confine, kidnap, abduct, carry away, and hold for ransom and reward and otherwise, those victims.

4. It was further part of the conspiracy that the defendant agreed to knowingly and unlawfully seize, confine, kidnap, abduct, carry away, and hold for ransom and reward and otherwise individuals.

5. It was further part of the conspiracy that the defendants concealed, hid, and caused to be concealed and hidden the purposes of acts done in furtherance of the conspiracy.

<u>OVERT ACTS</u>

6. In furtherance of the conspiracy and to accomplish the objectives of the conspiracy, defendants committed one or more overt acts in the Northern District of Illinois, and elsewhere, which overt acts included but were not limited to the following:

(a) No later than on or about October 27, 2024, defendants obtained zip ties and tape;

(b) On or about October 26, 2024, defendant SHIQIANG LIAN rented a van;

(c) On or about October 27, 2024, defendants seized and abducted Victim A, B, C, and D at Victim B's residence in Chicago, Illinois;

(d) On or about October 27, 2024, defendants, using the van rented by LIAN, transported Victim A, B, C, and D to a residence in Forest Park, Illinois;

(e) On or about October 27, 2024, a defendant called Individual A, the father of Victim A who was in a state outside Illinois, and demanded that Individual A transfer cryptocurrency to defendants;

(f) On or about October 27, 2024, a defendant again called Individual A, who was outside the State of Illinois and informed Individual A he would be contacted on a future date with further instructions;

(g) From on or about October 27, 2024 to October 29, 2024, defendants forced Victim A to transfer cryptocurrency to cryptocurrency wallets controlled by defendants;

(h) From on or about October 29, 2024 to November 1, 2024, defendants forced Victim A to provide Victim A's cryptocurrency, banking, and email password so defendants could continue to transfer cryptocurrency from Victim A's account without Victim A;

(i) From on or about October 27, 2024 to on or about October 28, 2024, defendants held Victim A, B, C, and D against each victim's will at a residence in Forest Park, Illinois;

(j) On or about October 29, 2024 to November 1, 2024, ZEHAUN WEI rented a Chrysler Pacifica;

(k) From on or about October 28, 2024 to on or about November 1, 2022, defendants held Victim A, B, C, and D against each victim's will at a residence in Streamwood, Illinois;

(l) From on or about October 27, 2024 to on or about November 1, 2024, defendants purchased food to feed Victim A, B, C, and D;

(m) From on or about October 27, 2024 to on or about November 1, 2024, defendants purchased baby items, including a pacifier and baby wipes, for Victim C, an infant;

(n) On or about October 31, 2024, defendants texted Individual B, the mother of Victim A "demand $10M to either of two addresses;"

(o) On or about October 31, 2024, defendants texted information for a cryptocurrency wallet to Individual B; and

(p) On or about November 1, 2022, defendants released Victim A, B, C, and D.

In violation of Title 18, United States Code, Section 1201(c).

## COUNT TWO

The SPECIAL NOVEMBER 2023 GRAND JURY further charges:

Beginning no later than on or about October 27, 2024, and continuing through on or about November 1, 2024, at Chicago, in the Northern District of Illinois, Eastern Division,

FAN ZHANG,
ZEHAUN WEI,
HUAJING YAN,
SHENGNAN JIANG,
SHIQIANG LIAN, and
YE CAO,

defendants herein, did unlawfully seize, confine, kidnap, abduct, carry away, and hold for ransom and reward and otherwise, Victim A, B, C, and D, and used a means, facility, and instrumentality of interstate commerce in committing and in furtherance of the offense, in violation of Title 18, United States Code, Sections 1201(a)(1) and 2.

**FORFEITURE ALLEGATION**

The SPECIAL NOVEMBER 2023 GRAND JURY alleges:

Upon conviction of an offense in violation of Title 18, United States Code, Section 1201(a)(1) and 1201(c), as set forth in this Indictment, defendants shall forfeit to the United States of America, pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461, any property, real or personal, which constitutes or is derived from proceeds traceable to the offense. The property to be forfeited includes, but is not limited to, a personal money judgment in the amount of approximately $11,000,000.

A TRUE BILL:

______________________
FOREPERSON

______________________________________
ACTING UNITED STATES ATTORNEY